1  CATHERINE M. CORFEE, SBN 155064
   APARAJITO SEN, SBN 224248
2  CORFEE STONE & ASSOCIATES
   5441 FAIR OAKS BLVD., SUITE B-1
3  CARMICHAEL, CA 95608
   TELEPHONE:   (916) 487-5441
4  FACSIMILE:   (916) 487-5440

5  Attorneys for Defendant Desiderio Properties,
   a Nevada Limited Partnership
6
   SCOTT N. JOHNSON, SBN 166952
7  LAW OFFICE OF SCOTT N. JOHNSON
   5150 FAIR OAKS BLVD., SUITE 101
8  PMB #253
   CARMICHAEL, CA 95608
9  TELEPHONE: (916) 485-3516
   FACSIMILE: (916) 485-3516
10
   Attorney for Plaintiff, Scott Johnson
11

12                    IN THE UNITED STATES DISTRICT COURT

13                 IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  SCOTT N. JOHNSON,              )   CASE NO: 2:05-CV-00456-MCE-KJM
                                   )
16        Plaintiff,               )   **STIPULATION FOR DISMISSAL AND**
                                   )   **ORDER THEREON**
17  v.                             )   **FRCP 41(a)(1)**
                                   )
18  DESIDERIO PROPERTIES, A NEVADA )
    LIMITED PARTNERSHIP; DOES 1    )
19  THROUGH 10,                    )
                                   )
20        Defendants.              )
    _____)
21

22  TO THE COURT AND ALL PARTIES:

23       Plaintiff Scott Johnson ("Plaintiff") and Defendant DESIDERIO PROPERTIES, A

24  NEVADA LIMITED PARTNERSHIP ( "Defendant") have reached settlement of all claims

25  brought by Plaintiff in the above entitled Action, and have executed a Mutual Release and

26  Settlement Agreement.  Pursuant to said Mutual Release and Settlement Agreement between

27  Plaintiff and Defendant, the parties, by and through counsel of record, hereby stipulate to the

28  dismissal **with prejudice** of this Action in entirety, and any and all claims including but not

    limited to attorney's fees, expenses, costs and alleged whatsoever in this Action.

- 1 -

Outside of the terms of the Mutual Release and Settlement Agreement, each party is to bear its own attorneys fees and costs.

IT IS HEREBY STIPULATED by and between all parties to this Action that this Action, and all of Plaintiff's claims therein against all parties, be dismissed **with prejudice** pursuant to Federal Rules of Civil Procedure section 41(a)(1).

Dated: June 19, 2005

By:   */s/ Scott N. Johnson*
Scott N. Johnson
Attorney for Plaintiff

Dated: June 21, 2005

By:   */s/ Catherine M. Corfee*
Catherine M. Corfee
Aparajito Sen
Attorneys for Defendant, Desiderio Properties, a Nevada Limited Partnership

**ORDER**

IT IS HEREBY ORDERED that the above referenced matter is hereby dismissed with prejudice in entirety.

Dated: June 232, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE